1  ROBERT J. VIZAS (SBN 56187)
   JULIE B. ROTTENBERG (SBN 169607)
2  JENNIFER L. CUMMINGS (SBN 208115)
   ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600
   San Francisco, CA 94105
4  Telephone: (415) 356-3000
   Facsimile: (415) 356-3099
5  E-Mail: julie_rottenberg@aporter.com

6  Attorneys for Defendant
   Visa U.S.A. Inc.
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 ROOKIES, INC. and JASA, INC., on behalf      ) Case No. C05-2933 ~~BZ~~ SC
   of themselves and all others similarly situated,)
13                                               )
                                                 ) **STIPULATION EXTENDING TIME OF**
14                    Plaintiffs,                ) **ALL DEFENDANTS TO RESPOND TO**
                                                 ) **COMPLAINT**
15        v.                                     )
                                                 ) **CIVIL LOCAL RULE 6-1(a)**
16 VISA U.S.A., INC. and MASTERCARD              )
   INTERNATIONAL, INC.,                          )
17                                               )
                      Defendants.                )
18                                               )
                                                 )
19                                               )

20

21

22

23

24

25

26

27

28

---

| | |
|---|---|
| 1 | Plaintiffs Rookies, Inc. and JASA, Inc. ("Plaintiffs"), and Defendants Visa U.S.A. Inc., and MasterCard International Incorporated ("Defendants"), through their respective counsel, hereby stipulate, pursuant to Civil Local Rule 6-1(a), that Defendants' time to answer and/or otherwise respond to the complaint is extended up to and including September 8, 2005. No previous extensions have been requested or granted in this case. |

Dated: August 8, 2005

#LA_371225

ARNOLD & PORTER LLP

By: _____
Robert J. Vizas, No. 56187
Julie B. Rottenberg, No. 169607
Jennifer L. Cummings, No. 208115
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel: 415-356-3000
Fax: 415-356-3099

Attorneys for Defendant Visa U.S.A. Inc.

Dated: August 8, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
Gary L. Halling, No. 66087
Michael W. Scarborough, No. 203524
Four Embarcadero Center,
Seventeenth Floor
San Francisco, CA 94111
Tel: 415-434-9100
Fax: 415-434-3947

Kenneth A. Gallo
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel: 202-223-7300
Fax: 202-223-7420

STIPULATION EXTENDING TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT
[Civil Local Rule 6-1(a)]: Case No. C05-2933 BZ

Jay Cohen
Gary R. Carney
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3051
Fax: 212-492-0051

Keila D. Ravelo
Wesley R. Powell, No. 230430
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Tel: 212-309-1000
Fax: 212-309-1100

Attorneys for Defendant MasterCard
International Incorporated

SO STIPULATED:

Dated: August 8, 2005

MARKUN ZUSMAN & COMPTON, LLP

By: _____
David S. Markun, No. 108067
Edward S. Zusman, No. 154366
Kevin K. Eng, No. 209036
465 California Street, Suite 500
San Francisco, CA 94104
Tel: 415-438-4515
Fax: 415-434-4505

Gregory J. Hubachek
GREGORY J. HUBACHEK, LLC
3045 Ridgelake Drive, Suite 203
Metairie, Louisiana 70002

Attorney for Plaintiffs

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 8/16/05]