ROBERT J. VIZAS (SBN 56187)
JULIE B. ROTTENBERG (SBN 169607)
JENNIFER L. CUMMINGS (SBN 208115)
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099
E-Mail: julie_rottenberg@aporter.com

Attorneys for Defendant
Visa U.S.A. Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOKIES, INC. and JASA, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA U.S.A., INC. and MASTERCARD INTERNATIONAL, INC.,<br><br>Defendants. | Case No. C05-2933 SC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME OF ALL DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT, AND CONTINUE ALL OTHER PRETRIAL DEADLINES**<br><br>**CIVIL LOCAL RULE 6-2**<br><br>Date: N/A<br>Time: N/A<br><br>The Honorable Samuel Conti |

Plaintiffs Rookies, Inc. and JASA, Inc. ("Plaintiffs"), and Defendants Visa U.S.A. Inc. ("Visa"), and MasterCard International Incorporated ("MasterCard"), through their respective counsel, stipulate, pursuant to Civil Local Rule 6-2, to extend the time for all defendants to move, answer, or otherwise respond to the complaint, and to continue all other pretrial deadlines in the above-captioned action. Defendants Visa and MasterCard are collectively referred to herein as "Defendants." In support of this request, Plaintiffs and Defendants stipulate as follows:

WHEREAS, on July 26, 2005, Plaintiffs filed a Motion for Transfer Under 28 U.S.C. § 1407 Before the Judicial Panel on Multidistrict Litigation, seeking to create a new MDL proceeding in

this Court and coordinate this case with one other case pending in this Court, as well as a case pending in the Northern District of Georgia;

WHEREAS, on July 29, 2005, Defendants, together with additional defendants named in similar cases not before this Court, filed a separate Motion for Transfer Under 28 U.S.C. § 1407 Before the Judicial Panel on Multidistrict Litigation, seeking to transfer this case, along with 13 others pending in four district courts across the country, to the Northern District of Georgia, and create a new MDL proceeding;

WHEREAS, Defendants oppose Plaintiffs' Motion for Transfer;

WHEREAS, Plaintiffs oppose Defendants' Motion for Transfer;

WHEREAS, Plaintiffs and Defendants would like to minimize the burdens on the parties and this Court through an extension of all deadlines in this action until final resolution of the Motions for Transfer by the Judicial Panel on Multidistrict Litigation;

WHEREAS, one previous extension has been granted in this case until September 8, 2005 for Defendants to move, answer or otherwise respond; and

WHEREAS, Plaintiffs and Defendants agree that this Joint Stipulation is submitted without prejudice to, or waiver of, any defenses that Defendants may have to this action;

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. To the extent that any served or subsequently served defendant is required to move, answer, or otherwise respond to the complaint in this action, the deadline for doing so shall be 60 days after an order from the Clerk of the Judicial Panel on Multidistrict Litigation deciding the pending, as well as any subsequently filed, Motions for Transfer. If the Clerk of the Judicial Panel on Multidistrict Litigation issues separate orders on different days with respect to the Motions for Transfer, the date of the latest order will control.

2. All other pretrial deadlines, including the time period in which to conduct the parties' planning conference under Federal Rule of Civil Procedure 26(f), shall be continued in this action until 60 days after:

    (i) an order from the Clerk of the Judicial Panel on Multidistrict Litigation transferring this action to another District Court is filed with the Clerk of the

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 SC

Northern District of California pursuant to Rule 1.5 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, thereby effecting transfer; or

(ii) an order from the Clerk of the Judicial Panel on Multidistrict Litigation creating an MDL proceeding in the Northern District of California, and coordinating this case therewith, is filed with the Clerk of the Northern District of California pursuant to Rule 1.5 of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation; or

(iii) the Judicial Panel on Multidistrict Litigation issues an order or orders denying all Motions for Transfer (if all motions are denied, but in separate orders not issued on the same day, the date of the later order will control).

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 SC

SO STIPULATED:

Dated: September 6, 2005

ARNOLD & PORTER LLP

By: ______________________

Robert J. Vizas, No. 56187
Julie B. Rottenberg, No. 169607
Jennifer L. Cummings, No. 208115
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel: 415-356-3000
Fax: 415-356-3099

David P. Gersch
Mark R. Merley
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Tel: 202-942-5000
Fax: 202-942-5999

Attorneys for Defendant Visa U.S.A. Inc.

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 SC

SO STIPULATED:

Dated: September 2, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: ______________________

Gary L. Halling, No. 66087
Michael W. Scarborough No. 203524
Four Embarcadero Center,
Seventeenth Floor
San Francisco, CA 94111
Tel: 415-434-9100
Fax: 415-434-3947

Kenneth A. Gallo
Patricia C. Crowley
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel: 202-223-7300
Fax: 202-223-7420

Jay Cohen
Gary R. Carney
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3051
Fax: 212-492-0051

Keila D. Ravelo
Wesley R. Powell, No.230430
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Tel: 212-309-1000
Fax: 212-309-1100

Attorneys for Defendant MasterCard International Incorporated

- 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 SC

SO STIPULATED:

MARKUN ZUSMAN & COMPTON, LLP

Dated: September 2, 2005

By: [signature]

David S. Markun, No. 108067
Edward S. Zusman, No. 154366
Kevin K. Eng, No. 209036
465 California Street, Suite 500
San Francisco, CA 94104
Tel: 415-438-4515
Fax: 415-434-4505

Gregory J. Hubachek
GREGORY J. HUBACHEK, LLC
3045 Ridgelake Drive, Suite 203
Metairie, Louisiana 70002

Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 7, 2005

Hon. [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti

- 6 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 SC